DOUGLAS M. COHEN, ESQ.
Nevada Bar # 001214
JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Telephone: (702) 862-3300
Facsimile: (702) 737-7705
Email: dmc@jonesvargas.com

JUSTIN J. BUSTOS, ESQ.
Nevada Bar # 010320
JONES VARGAS
300 E. Second Street
Suite 1510
P.O. Box 281
Reno, Nevada 89504-0281
Telephone: (775) 786-5000
Facsimile: (775) 786-1177
Email: jbustos@jonesvargas.com

*Attorneys for Plaintiff,*
*The Guardian Life Insurance Company of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONNA E. KILMARTIN AND MARY E. GOODMAN f/k/a MARY E. KILMARTIN,<br><br>Defendants. | Case No. 3:11-cv-00340-ECR-RAM<br><br>ORDER GRANTING CONSENT DECREE |

### CIVIL ACTION – CONSENT TO JUDGMENT

THIS MATTER having been opened to the Court upon the application of Jones Vargas, attorneys for Plaintiff, THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA ("Guardian"); and upon notice with consent of Frederick D. Williams, Esq., attorney for DONNA E. KILMARTIN ("Kilmartin"), and Thorndal, Armstrong Delk Balkenbush & Eisenger, P.C., attorneys for MARY E. GOODMAN f/k/a MARY E. KILMARTIN ("Goodman"); and the Court

having reviewed all pleadings and proceedings in this matter to date; being advised that all parties agree to the relief being provided; and finding good cause exists for the entry of the within judgment;

**STIPULATED, AGREED AND ADJUDGED** that judgment providing interpleader relief in favor of Guardian, and against Kilmartin and Goodman, be and the same hereby is granted; and be it further

**STIPULATED, AGREED AND ADJUDGED** that Guardian shall be wholly and completely discharged and absolved from any further liability, of whatsoever nature, to Kilmartin and Goodman and any other claimant in connection to the life insurance benefits payable as a consequence of the death of James B. Kilmartin ("Decedent") under the Terra-Gen Power, LLC life insurance plan (the "Plan") funded through a group policy of insurance issued by Guardian (the "Policy"); and be it further

**STIPULATED, AGREED AND ADJUDGED** that Guardian, its agents, employees, representatives, predecessors, successors, and assigns are hereby released and discharged from and against any and all liability, suits, debts, judgments, dues, sums and/or causes of action whether at law or at equity, to any person, entity, claimant, plaintiff, defendant or otherwise with respect to the life insurance benefits payable under the Plan and Policy as a consequence of Decedent's death; and it is further

**STIPULATED, AGREED AND ADJUDGED** that Kilmartin and Goodman be and hereby are permanently restrained and enjoined from instituting and/or prosecuting any other suit, cause of action or civil proceeding in any state, federal or other court of competent jurisdiction against Guardian in connection with the life insurance benefits due under the Plan and Policy as a consequence of Decedent's death; and be it further

**STIPULATED, AGREED AND ADJUDGED** that according to the agreement reached between Kilmartin and Goodman, the life insurance benefits payable as a consequence of Decedent's death under the Plan and Policy be and hereby shall be paid as follows:

a. $30,000 to Donna E. Kilmartin and her attorney, Frederick D. Williams, Esq.; and

        b.    $201,000 to Mary E. Goodman f/k/a Mary E. Kilmartin.

**STIPULATED, AGREED AND ADJUDGED** that Guardian will not seek to recover its attorneys' fees and costs incurred in this action in exchange for Goodman and Kilmartin waiving all interest earned on the life insurance benefits.

**STIPULATED, AGREED AND ADJUDGED** that this action be and hereby is dismissed with prejudice and without cost or attorneys' fees assigned as against any party.

DATED this ___ day of August, 2011.

_____
HON. EDWARD C. REED, JR.
U.S. DISTRICT COURT JUDGE

**The parties hereby consent to the form and content of the above:**

JONES VARGAS
*Attorneys for Plaintiff, The Guardian*
*Life Insurance Company of America*

/s/ Justin J. Bustos
_____
JUSTIN J. BUSTOS, ESQ.

FREDERICK W. WILLIAMS
*Attorney for Defendant,*
*Donna E. Kilmartin*

_____
FREDERICK W. WILLIAMS, ESQ.

THORNDAL ARMSTRONG DELK
BALKENBUSH & EISENGER, P.C.
*Attorneys for Defendant*
*Mary E. Goodman f/k/a Mary E. Kilmartin*

/s/ Brian M. Brown
_____
BRIAN M. BROWN, ESQ.

      b.      $201,000 to Mary E. Goodman f/k/a Mary E. Kilmartin.

**STIPULATED, AGREED AND ADJUDGED** that Guardian will not seek to recover its attorneys' fees and costs incurred in this action in exchange for Goodman and Kilmartin waiving all interest earned on the life insurance benefits.

**STIPULATED, AGREED AND ADJUDGED** that this action be and hereby is dismissed with prejudice and without cost or attorneys' fees assigned as against any party.

DATED this 10th day of August 2011.

_____
HON. EDWARD C. REED, JR.
U.S. DISTRICT COURT JUDGE

**The parties hereby consent to the form and content of the above:**

JONES VARGAS
*Attorneys for Plaintiff, The Guardian*
*Life Insurance Company of America*


_____
JUSTIN J. BUSTOS, ESQ.


FREDERICK W. WILLIAMS
*Attorney for Defendant,*
*Donna E. Kilmartin*

_____
FREDERICK W. WILLIAMS, ESQ.


THORNDAL ARMSTRONG DELK
BALKENBUSH & EISENGER, P.C.
*Attorneys for Defendant*
*Mary E. Goodman f/k/a Mary E. Kilmartin*


_____
BRIAN M. BROWN, ESQ.